# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-05197-RGK (JEMx) | Date | July 30, 2020 |
|---|---|---|---|
| Title | Chris Langer v. Jon Ungvari, et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO COMPEL SET TWO RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS; SEEKING RULE 37 SANCTIONS (Docket No. 42)**

     Before the Court is Plaintiff Chris Langer's Motion To Compel Set Two Responses To Requests For The Production Of Documents from Defendants Jon Ungvari, Susan Ungvari, Kedist Negash and Hannibal Kassaye. (Dkt. 42.) Defendants have not responded to Set Two Discovery nor did they meet and confer on the Motion or submit opposition to the Motion. The Court ORDERS Defendants to show cause by **August 4, 2020** why it should not grant Plaintiff's Motion in its entirety, including sanctions. Plaintiff may respond by **August 7, 2020**. Failure to respond to this Order will be a violation of a court order, bringing into play the panoply of sanctions available under Fed. R. Civ. P. 37(b)(2).

cc: All Parties

|  | : |  |
|---|---|---|
|  | Initials of Preparer | slo |