J S -6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br> v. <br><br> **Jon Ungvari,** in individual and representative capacity as trustee of the Ungvari Family Trust; SUSAN D. **Ungvari,** in individual and representative capacity as trustee of the Ungvari Family Trust; **Kedist Negash**; **Hannibal Zewdie Kassaye;** and Does 1-10, <br><br> Defendants. | Case: 2:19-CV-05197-RGK-JEM <br><br> **ORDER [proposed]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: June 2, 2021

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1

Order                                            Case: 2:19-CV-05197-RGK-JEM